## ANONYMOUS.

(January Term, 1864.)

A RULE TO JOIN IN ERROR at a specified time matures on the calling of the cause, even though that be before the day so specified.

COUNSEL for the plaintiff in error moved for a rule upon the defendant to join in error on some future day, to be fixed by the court.

Per CURIAM: The rule will be entered; counsel will observe that a rule to join in error at a future day will mature upon the calling of the cause, even though that be on the day the rule is entered.